IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JOHN MAGLADERY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) C.A. No. 20-981 (MN) |
| | ) |
| ROBERT P. BERNARDI, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

At Wilmington this 30th day of July 2020:

WHEREAS, on June 16, 2020, the Honorable Anthony J. Trenga, of the United States District Court for the Eastern District of Virginia, Alexandria Division, issued an Order (D.I. 140) transferring this action, together with all pending motions (D.I. Nos. 19, 35, 46, 81, 87), to this District for referral to the Bankruptcy Court "in light of the bankruptcy proceedings initiated by GigaMedia Access Corporation in the United States Bankruptcy Court for the District of Delaware, Bankr. Case No. 19-12537 (Bankr. D. Del.) (KBO)"; and

WHEREAS, pursuant to the Amended Standing Order of Reference Re: Title 11 dated February 29, 2012 "any or all cases under Title 11 and any or all proceedings arising under Title 11 or arising in or related to a case under Title 11 are referred to the bankruptcy judges for this district."

THEREFORE, IT IS HEREBY ORDERED that this case and all pending motions are REFERRED to the United States Bankruptcy Court for the District of Delaware. The Clerk is directed to CLOSE C.A. No. 20-981 (MN).

_____
The Honorable Maryellen Noreika
United States District Judge